UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **ALPHONSO ALLEN** | **CIVIL ACTION NO. 5:15-cv-0524** |
| **VS.** | **SECTION P** |
| | **JUDGE S. MAURICE HICKS** |
| **RONNY RICHARDSON, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this  6th  day of  January , 2016.

_____
**S. MAURICE HICKS**
**UNITED STATES DISTRICT JUDGE**